Earl Faircloth, Atty. Gen., of Fla., Tallahassee, Fla., Charles W. Musgrove, Asst. Atty. Gen., West Palm Beach, Fla., Robert L. Shevin, Atty. Gen., Tallahassee, Fla., for respondent-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

& Patterson, Houston, Tex., of counsel, for appellant.

Chris Dixie, Dixie, Wolf & Hall, Houston, Tex., for plaintiff-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] Wiley & Sons v. Livingston, 376 U.S. 543, 84 S.Ct. 909, 11 L.Ed.2d 898 (1964).

**LODGE 15, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL–CIO, Plaintiff-Appellee,**

v.

**CAMERON IRON WORKS, Defendant-Appellant.**

No. 30778

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 14, 1971.

**Joseph X. BETHEA, Petitioner-Appellant,**

v.

**Mr. DAGGETT, Acting Warden, Respondent-Appellee.**

No. 71–1078

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 23, 1971.

William Key Wilde, Carlton Wilde, Ron D. Daugherty, Houston, Tex., Bracewell

1. See N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Joseph X. Bethea, pro se.

John W. Stokes, Jr., U. S. Atty., Richard H. Still, Jr., Charles A. Pannell, Jr., Asst. U. S. Attys., Atlanta, Ga., for appellee.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed.[1] See Local Rule 21.[2]

Freddie **FREEMAN**, Plaintiff-Petitioner,

v.

W. T. **STONE**, Superintendent, Defendant-Respondent.

No. 26536.

United States Court of Appeals, Ninth Circuit.

June 14, 1971.

———◆———

Freddie Freeman, in pro. per.

Evelle J. Younger, Atty. Gen., Los Angeles, Cal., for appellee.

Before BROWNING, CARTER and TRASK, Circuit Judges.

PER CURIAM:

Appellant, convicted in state court of armed robbery, appeals from the denial by the district court, of his application for federal habeas relief. His sole contention on appeal is that the evidence introduced at his trial was legally insufficient to support his conviction. We affirm.

1. The opinion of the district court is reported as Bethea v. Daggett, N.D.Ga. 1970, 329 F.Supp. 796.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.